|   |   |
|---|---|
| FLORENCE R. FRIAS, | CASE NO. C13–760MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ASSET FORECLOSURES SERVICES, INC., et al. | |
| Defendants. | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

The following Minute Order is made by direction of the Court, the Honorable Marsha J. Pechman, United States District Judge:

The Court is in receipt of the Parties' Stipulated Motion to Dismiss. (Dkt. No. 103.) In light of the Stipulated Motion, the clerk is directed to terminate docket numbers 77 and 88. However, the Parties are advised that the Court will rule on the Stipulated Motion only after considering Defendants' responses to the Court's Order to Show Cause Regarding Jurisdiction. (See Dkt. No. 102.)

//

MINUTE ORDER- 1

1  The clerk is ordered to provide copies of this order to all counsel.

2  Filed this 22nd day of February, 2016.

William M. McCool<br>
Clerk of Court<br><br>
s/Paula McNabb<br>
Deputy Clerk

MINUTE ORDER- 2